# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKKA NOLL, | CASE NO: CV 16-8920-GW(AFMx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety as to all defendants, with prejudice. Each party shall bear its or her own attorneys' fees and costs.

DATED: August 29, 2017        _____/s/ George H. Wu_____
                               Honorable George H. Wu
                               U.S. District Judge

1
[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE